*Amended*

## FINANCIAL DISCLOSURE REPORT

### FOR CALENDAR YEAR 2005

AO-10
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berman, Richard M | U.S. District Court -S.D.N.Y. | 7/18/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ○ Nomination, Date <br><br> ○ Initial ● Annual ○ Final | 1/1/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 40 Centre Street <br> New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2006 JUL 25 A 10:49 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2005 | Brand Consulting Firm / Partnership Income |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Berman, Richard M | 7/18/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citicorp | Mortgage on CT house | J |
| 2. | Greenpoint Bank | Mortgage on apartment (investment) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Property Sufffolk County, NY (House & Cottage) | C | Rent | N | W | Rental | | | | |
| 2. Apartment (NY City) | E | Rent | N | W | Buy | 6/8 | N | | |
| 3. Property, Suffolk County,NY | D | Rent | K | W | Rental | | | | |
| 4. Aztex Limited Partnership , (real estate) | A | Distribution | J | W | | | | | |
| 5. Franklin Limited Partnership, (real estate) | F | Distribution | J | | Sale | 10/19 | J | G | |
| 6. Janus Fund (deferred compensation) | D | Interest | | | Sale | 2/7 | K | B | |
| 7. T.Rowe Price Equity Income (deferred compensation) | D | Interest | | | Sale | 2/7 | K | B | |
| 8. Vanguard Windsor | B | Dividend | M | T | | | | | |
| 9. Vanguard 500 Index Trust | B | Dividend | L | T | Partial Sale | 9/22 | K | A | |
| 10. Vanguard Strategic Equity | B | Dividend | M | T | | | | | |
| 11. Vanguard Windsor II | A | Dividend | | | Sale | 9/22 | L | A | |
| 12. U.S. Treasury Notes | A | Interest | | | Sale | 5/16 | J | A | |
| 13. U.S.Treasury Notes | E | Interest | | | Sale | 1/13 | O | A | |
| 14. NYC GO Municipal Bond | A | Interest | K | W | Partial Sale | 7/1 | K | A | |
| 15. John Nuveen Municipal Bond Fund (Select) | | None | | | Sale | 12/27 | K | A | |
| 16. Blackrock Municipal Bond Fund | B | Distribution | M | T | | | | | |
| 17. Muniyield Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 18. NYC Municipal Bond (Series D) | C | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Comcast Common Stock (A & K) | A | Dividend | M | T | Partial Sale | 12/29 | M | A | |
| 20. Time Warner Common Stock(AOL) | B | Dividend | | | Sale | 7/27 | L | A | |
| 21. AT&T | | None | | | Sale | 3/1 | K | A | |
| 22. Cablevision Systems Common Stock | | None | M | K | Partial Sale | 4/28 | M | A | |
| 23. GE Common Stock | A | Dividend | J | T | | | | | |
| 24. Liberty Media Common Stock | | None | N | T | | | | | |
| 25. Liberty Media International A | | None | K | T | Partial Sale | 7/27 | J | D | |
| 26. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 27. Ebay Inc. Common Stock | | None | N | T | | | | | |
| 28. Verizon | | None | | | Sale | 8/23 | J | A | |
| 29. Exxon (Mobil) | A | Dividend | J | T | | | | | |
| 30. John Nuveen Common Stock Fund (Class A) | C | Dividend | M | T | | | | | |
| 31. Scarsdale, NY Municipal Bond | A | Interest | K | W | | | | | |
| 32. Westchester, NY Municipal Bond | C | Interest | L | W | | | | | |
| 33. Rye City, NY Muncipal Bond | B | Interest | L | W | | | | | |
| 34. MAC Municipal Bond | C | Interest | K | W | | | | | |
| 35. NYCS Dorm Auth | A | Interest | | | Sale | 5/15 | L | A | |
| 36. NYS Mort Agency | C | Interest | M | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. NYC (NHA) Municipal Bond (Port Authority of NY and NJ) | C | Interest | | | Sale | 2/1 | L | A | |
| 38. NYS Power Authority | C | Interest | L | W | Partial Sale | 1/1 | K | A | |
| 39. Farmers Bank - CD | B | Interest | | | Sale | 4/20 | L | A | |
| 40. GMAC Automotive Bk -CD | B | Interest | | | Sale | 7/20 | L | A | |
| 41. Providian Nat'l Bk - CD | B | Interest | L | T | | | | | |
| 42. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.9% | D | Interest | M | T | | | | | |
| 43. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.75% | B | Interest | K | T | | | | | |
| 44. NY GO | B | Interest | K | T | | | | | |
| 45. Schwab MM/NY Muni Fund | D | Interest | N | T | | | | | |
| 46. Schwab Value Advantage Fund | A | Interest | L | T | | | | | |
| 47. Chesapeake Core Growth | | None | | | Sale | 9/21 | K | A | |
| 48. Cohen & Steers Realty Fund | A | Dividend | J | T | | | | | |
| 49. Icon Energy Fund | A | Dividend | L | T | | | | | |
| 50. Icon Healthcare Fund | A | Dividend | L | T | | | | | |
| 51. New Perspective Fund | A | Dividend | K | T | | | | | |
| 52. Oakmark Fund | A | Dividend | J | T | | | | | |
| 53. TCW Galileo Value Oppty | A | Dividend | K | T | | | | | |
| 54. L-3 Communications Hldgs | A | Dividend | K | T | Buy | 9/9 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. L-3 Communications Hldgs | | | | | Partial Sale | 12/30 | K | A | |
| 56. Abbott Laboratories | A | Dividend | K | T | Buy | 11/29 | K | | |
| 57. Caterpillar | A | Dividend | K | T | Buy | 7/28 | K | | |
| 58. Chevrontexaco Corp | A | Dividend | K | T | Buy | 5/18 | K | | |
| 59. Conocophillips | A | Dividend | K | T | Buy | 12/27 | K | | |
| 60. Danaher Corp. | A | Dividend | K | T | Buy | 8/23 | K | | |
| 61. Discovery Hldgs Ser B | A | Dividend | J | T | Spinoff | 7/20 | J | | See Note #1 |
| 62. Discovery Hldgs Ser A | A | Dividend | K | T | Spinoff | 7/20 | K | | See Note #1 |
| 63. FDX Corporation | A | Dividend | L | T | Buy | 6/29 | L | | |
| 64. Google Inc. Class A | A | Dividend | K | T | Buy | 12/15 | K | | |
| 65. Lockheed Martin | A | Dividend | K | T | Buy | 8/23 | K | | |
| 66. Medtronic Inc. | A | Dividend | K | T | Buy | 12/29 | K | | |
| 67. Pfizer Incoroporated | B | Dividend | L | T | Buy | 12/27 | L | | |
| 68. Proctor & Gamble, Co. | B | Dividend | L | T | Buy | 5/18 | L | | |
| 69. Alpine US Real Estate Fund | A | Dividend | K | T | Buy | 8/1 | K | | |
| 70. Amer. Funds Fundamental | A | Dividend | K | T | Buy | 3/28 | K | | |
| 71. Artisan Mid Cap Value Fund | A | Dividend | K | T | Buy | 7/18 | K | | |
| 72. Dodge & Cox Int'l Stock Fund | A | Dividend | L | T | Buy | 2/23 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Driehaus Int'l Discovery Fund | A | Dividend | K | T | Buy | 11/29 | K | | |
| 74. Growth Fund of America | A | Dividend | K | T | Buy | 7/19 | K | | |
| 75. Ariel Fund | A | Dividend | | | Buy | 3/28 | K | | |
| 76. Ariel Fund | . | | | | Sale | 11/29 | K | A | |
| 77. 3M Company | | None | | | Buy | 5/18 | K | | |
| 78. 3M Company | | | | | Sale | 8/23 | J | A | |
| 79. Johnson & Johnson | | None | | | Buy | 9/9 | K | | |
| 80. Johnson & Johnson | | | | | Sale | 12/29 | K | A | |
| 81. Symantec Corp | | None | | | Buy | 5/18 | J | | |
| 82. Symantec Corp | | | | | Sale | 11/29 | J | A | |
| 83. Caterpillar | A | Dividend | J | T | | | | | See Note #2 |
| 84. Exon Mobil Corp | A | Dividend | J | T | | | | | |
| 85. FDX Corp | A | Dividend | K | T | | | | | |
| 86. General Electric | A | Dividend | J | T | | | | | |
| 87. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 88. L-3 Communications | A | Dividend | J | T | | | | | |
| 89. Lockheed Martin | A | Dividend | K | T | | | | | |
| 90. Microsoft Corp | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Proctor and Gamble | A | Dividend | J | T | | | | | |
| 92. Publicis N.A. | A | Dividend | M | T | Partial Sale | 7/28 | M | G | |
| 93. Sunrise Assisted Living | A | Dividend | K | T | | | | | |
| 94. Amer Funds Fundamental | A | Dividend | L | T | | | | | |
| 95. Amer Funds New Economy | A | Dividend | K | T | | | | | |
| 96. Artisan Mid Cap Value Funds | A | Dividend | J | T | | | | | |
| 97. Calamos Growth Fund | A | Dividend | K | T | | | | | |
| 98. Chesapeake Core Growth Fund | A | Dividend | J | | Sale | 4/28 | J | A | |
| 99. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 100. Driehaus Int'l Discovery Fund | A | Dividend | K | T | | | | | |
| 101. Growth Fund of America | A | Dividend | K | T | | | | | |
| 102. Icon Energy Fund | A | Dividend | K | T | | | | | |
| 103. Icon Healthcare Fund | A | Dividend | K | T | | | | | |
| 104. New Perspective Fund | A | Dividend | K | T | | | | | |
| 105. Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 106. TCW Galileo Value Oppty Fund | A | Dividend | K | T | | | | | |
| 107. Wasatch Heritage Growth | A | Dividend | J | T | | | | | |
| 108. Schwab MM Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 7/18/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Schwab NY Muni Money Fund | A | Dividend | K | T | | | | | |
| 110. Schwab Value Advantage Fund | B | Dividend | L | T | | | | | |
| 111. Publicis Group ORAs | | None | N | T | | | | | |
| 112. Publicis Group Warrants | | None | M | T | | | | | |
| 113. Berkshire Hathaway | | None | | | Sale | 9/21 | J | A | |
| 114. Citigroup | | None | | | Sale | 9/21 | J | A | |
| 115. Comcast Corp | | None | | | Sale | 12/29 | J | A | |
| 116. First Data Corp | A | Dividend | | | Sale | 9/21 | J | A | |
| 117. Royce Low Priced Stock Fund | A | Dividend | | | Sale | 1/12 | K | A | |
| 118. Walmart | | None | | | Sale | 4/28 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 7/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

#1. Formerly Liberty Media.

#2. Assets on line 83 to line 118 appear on this report as a result of marriage on 1/2/05.

#3. Regarding 2004 Form, Part VII, Line 1 property is no longer for rent, but is still owned; Line 5 was discussed in my letter to the Committee dated September 15, 2005; and the same description as applied to line 5 should also be applied to line 6.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 7/18/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date __7/20/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Berman, Richard M | 2. Court or Organization  U.S. District Court -S.D.N.Y. | 3. Date of Report  4/28/2006 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address  U.S. District Court  40 Centre Street  New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

# II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Brand Consulting Firm Income |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citicorp | Mortgage on CT house | J |
| 2. Greenpoint Bank | Mortgage on apartment (investment) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Property Sufffolk County, NY (House & Cottage) | C | Rent | N | W | Rental | | | | |
| 2. Apartment (NY City) | E | Rent | N | W | Buy | 6/8 | N | A | |
| 3. Property, Suffolk County,NY | D | Rent | K | W | Rental | | | | |
| 4. Aztex Limited Partnership , (real estate) | A | Distribution | J | W | | | | | |
| 5. Franklin Limited Partnership, (real estate) | F | Distribution | J | W | Sale | 10/19 | J | G | |
| 6. Janus Fund (deferred compensation) | | | | | Sale | 2/7 | K | B | |
| 7. T.Rowe Price Equity Income (deferred compensation) | | | | | Sale | 2/7 | K | B | |
| 8. Vanguard Windsor | B | Dividend | M | T | | | | | |
| 9. Vanguard 500 Index Trust | B | Dividend | L | T | Partial Sale | 9/22 | K | A | |
| 10. Vanguard Strategic Equity | B | Dividend | M | T | | | | | |
| 11. Vanguard Windsor II | | | | | Sale | 9/22 | L | A | |
| 12. U.S. Treasury Notes | | | | | Sale | 5/16 | J | A | |
| 13. U.S.Treasury Notes | | | | | Sale | 1/13 | O | A | |
| 14. NYC GO Municipal Bond | A | Interest | K | W | Partial Sale | 7/1 | K | A | |
| 15. John Nuveen Municipal Bond Fund (Select) | | | | | Sale | 12/27 | K | A | |
| 16. Blackrock Municipal Bond Fund | B | Distribution | M | T | | | | | |
| 17. Muniyield Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 18. NYC Municipal Bond (Series D) | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Comcast Common Stock (A & K) | A | Dividend | M | T | Partial Sale | 12/29 | M | A | |
| 20. Time Warner Common Stock(AOL) | | | | | Sale | 7/27 | L | A | |
| 21. AT&T | | | | | Sale | 3/1 | K | A | |
| 22. Cablevision Systems Common Stock | | None | M | K | Partial Sale | 4/28 | M | A | |
| 23. GE Common Stock | A | Dividend | J | T | | | | | |
| 24. Liberty Media Common Stock | | None | N | T | | | | | |
| 25. Liberty Media International A | | None | K | T | Partial Sale | 7/27 | J | D | |
| 26. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 27. Ebay Inc. Common Stock | | None | N | T | | | | | |
| 28. Verizon | | | | | Sale | 8/23 | J | A | |
| 29. Exxon (Mobil) | A | Dividend | J | T | | | | | |
| 30. John Nuveen Common Stock Fund (Class A) | C | Dividend | M | T | | | | | |
| 31. Scarsdale, NY Municipal Bond | A | Interest | K | W | | | | | |
| 32. Westchester, NY Municipal Bond | C | Interest | L | W | | | | | |
| 33. Rye City, NY Muncipal Bond | B | Interest | L | W | | | | | |
| 34. MAC Municipal Bond | C | Interest | K | W | | | | | |
| 35. NYCS Dorm Auth | | | | | Sale | 5/15 | L | A | |
| 36. NYS Mort Agency | C | Interest | M | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. NYC (NHA) Municipal Bond (Port Authority of NY and NJ) | | | | | Sale | 2/1 | L | A | |
| 38. NYS Power Authority | C | Interest | L | W | Partial Sale | 1/1 | K | A | |
| 39. Farmers Bank - CD | | | | | Sale | 4/20 | L | A | |
| 40. GMAC Automotive Bk -CD | | | | | Sale | 7/20 | L | A | |
| 41. Providian Nat'l Bk - CD | B | Interest | L | T | | | | | |
| 42. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.9% | D | Interest | M | T | | | | | |
| 43. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.75% | B | Interest | K | T | | | | | |
| 44. NY GO | B | Interest | K | T | | | | | |
| 45. Schwab MM/NY Muni Fund | D | Interest | N | T | | | | | |
| 46. Schwab Value Advantage Fund | A | Interest | L | T | | | | | |
| 47. Chesapeake Core Growth | | | | | Sale | 9/21 | K | A | |
| 48. Cohen & Steers Realty Fund | A | Dividend | J | T | | | | | |
| 49. Icon Energy Fund | A | Dividend | L | T | | | | | |
| 50. Icon Healthcare Fund | A | Dividend | L | T | | | | | |
| 51. New Perspective Fund | A | Dividend | K | T | | | | | |
| 52. Oakmark Fund | A | Dividend | J | T | | | | | |
| 53. TCW Galileo Value Oppty | A | Dividend | K | T | | | | | |
| 54. L-3 Communications Hldgs | A | Dividend | K | T | Buy | 9/9 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. L-3 Communications Hldgs | | | | | Partial Sale | 12/30 | K | A | |
| 56. Abbott Laboratories | A | Dividend | K | T | Buy | 11/29 | K | | |
| 57. Caterpillar | A | Dividend | K | T | Buy | 7/28 | K | | |
| 58. Chevrontexaco Corp | A | Dividend | K | T | Buy | 5/18 | K | | |
| 59. Conocophillips | A | Dividend | K | T | Buy | 12/27 | K | | |
| 60. Danaher Corp. | A | Dividend | K | T | Buy | 8/23 | K | | |
| 61. Discovery Hldgs Ser B | A | Dividend | J | T | Spinoff | 7/20 | J | | See Note #1 |
| 62. Discovery Hldgs Ser A | A | Dividend | K | T | Spinoff | 7/20 | K | | See Note #1 |
| 63. FDX Corporation | A | Dividend | L | T | Buy | 6/29 | L | | |
| 64. Google Inc. Class A | A | Dividend | K | T | Buy | 12/15 | K | | |
| 65. Lockheed Martin | A | Dividend | K | T | Buy | 8/23 | K | | |
| 66. Medtronic Inc. | A | Dividend | K | T | Buy | 12/29 | K | | |
| 67. Pfizer Incoroporated | B | Dividend | L | T | Buy | 12/27 | L | | |
| 68. Proctor & Gamble, Co. | B | Dividend | L | T | Buy | 5/18 | L | | |
| 69. Alpine US Real Estate Fund | A | Dividend | K | T | Buy | 8/1 | K | | |
| 70. Amer. Funds Fundamental | A | Dividend | K | T | Buy | 3/28 | K | | |
| 71. Artisan Mid Cap Value Fund | A | Dividend | K | T | Buy | 7/18 | K | | |
| 72. Dodge & Cox Int'l Stock Fund | A | Dividend | L | T | Buy | 2/23 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Driehaus Int'l Discovery Fund | A | Dividend | K | T | Buy | 11/29 | K | | |
| 74. Growth Fund of America | A | Dividend | K | T | Buy | 7/19 | K | | |
| 75. Ariel Fund | | | | | Buy | 3/28 | K | | |
| 76. Ariel Fund | | | | | Sale | 11/29 | K | A | |
| 77. 3M Company | | | | | Buy | 5/18 | K | | |
| 78. 3M Company | | | | | Sale | 8/23 | J | A | |
| 79. Johnson & Johnson | | | | | Buy | 9/9 | K | | |
| 80. Johnson & Johnson | | | | | Sale | 12/29 | K | A | |
| 81. Symantec Corp | | | | | Buy | 5/18 | J | | |
| 82. Symantec Corp | | | | | Sale | 11/29 | J | A | |
| 83. Caterpillar | A | Dividend | J | T | | | | | See Note #2 |
| 84. Exon Mobil Corp | A | Dividend | J | T | | | | | |
| 85. FDX Corp | A | Dividend | K | T | | | | | |
| 86. General Electric | A | Dividend | J | T | | | | | |
| 87. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 88. L-3 Communications | A | Dividend | J | T | | | | | |
| 89. Lockheed Martin | A | Dividend | K | T | | | | | |
| 90. Microsoft Corp | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  Proctor and Gamble | A | Dividend | J | T | | | | | |
| 92.  Publicis N.A. | A | Dividend | M | T | Partial Sale | 7/28 | M | G | |
| 93.  Sunrise Assisted Living | A | Dividend | K | T | | | | | |
| 94.  Amer Funds Fundamental | A | Dividend | L | T | | | | | |
| 95.  Amer Funds New Economy | A | Dividend | K | T | | | | | |
| 96.  Artisan Mid Cap Value Funds | A | Dividend | J | T | | | | | |
| 97.  Calamos Growth Fund | A | Dividend | K | T | | | | | |
| 98.  Chesapeake Core Growth Fund | A | Dividend | J | T | Sale | 4/28 | J | A | |
| 99.  Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 100.  Driehaus Int'l Discovery Fund | A | Dividend | K | T | | | | | |
| 101.  Growth Fund of America | A | Dividend | K | T | | | | | |
| 102.  Icon Energy Fund | A | Dividend | K | T | | | | | |
| 103.  Icon Healthcare Fund | A | Dividend | K | T | | | | | |
| 104.  New Perspective Fund | A | Dividend | K | T | | | | | |
| 105.  Oakmark Global Fund | A | Dividend | K | T | | | | | |
| 106.  TCW Galileo Value Oppty Fund | A | Dividend | K | T | | | | | |
| 107.  Wasatch Heritage Growth | A | Dividend | J | T | | | | | |
| 108.  Schwab MM Fund | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 4/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Schwab NY Muni Money Fund | A | Dividend | K | T | | | | | |
| 110. Schwab Value Advantage Fund | B | Dividend | L | T | | | | | |
| 111. Publicis Group ORAs | | None | N | T | | | | | |
| 112. Publicis Group Warrants | | None | M | T | | | | | |
| 113. Berkshire Hathaway | | | | | Sale | 9/21 | J | A | |
| 114. Citigroup | | | | | Sale | 9/21 | J | A | |
| 115. Comcast Corp | | | | | Sale | 12/29 | J | A | |
| 116. First Data Corp | | | | | Sale | 9/21 | J | A | |
| 117. Royce Low Priced Stock Fund | | | | | Sale | 1/12 | K | A | |
| 118. Walmart | | | | | Sale | 4/28 | J | A | . |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 4/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

#1.  Spinoff from Liberty Media.

#2.  Assets on line 83 to line 118 appear on this report as a result of marriage on 1/2/05.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Richard M | 4/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date **5/2/06**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544